EX PARTE Thurman D. PEARSON

CR-14-0453

Court of Criminal Appeals of Alabama.

03/12/2015

Mand. pet. denied

Troy James DOLIHITE

v.

STATE

CR-14-0458

Court of Criminal Appeals of Alabama.

02/13/2015

Reh. denied

EX PARTE Woodburck NOE

CR-14-0462

Court of Criminal Appeals of Alabama.

02/24/2015

Reh. denied 03/12/2015

Mand. pet. dismissed

EX PARTE Jerry LETT

CR-14-0474

Court of Criminal Appeals of Alabama.

01/23/2015

Transferred to Houston Cir. Ct.

Rodney Antonio BROWNING

v.

STATE

CR-14-0477

Court of Criminal Appeals of Alabama.

03/27/2015

Dismissed

Demonsia RICKS

v.

CITY OF MONTGOMERY et al.

CR-14-0485

Court of Criminal Appeals of Alabama.

02/03/2015

Reh. denied 02/27/2015

Dismissed